Frank Woodson
Navan Ward
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>*Judy Shearer, et al. vs. Pharmacia Inc, et al.* (05-4581 CRB)<br><br>*Barbara J. Williams vs. Pfizer Inc, et al.* (06-1670 CRB)<br><br>*Michele Walker, et al. vs. Pfizer Inc, et al.* (06-1878 CRB)<br><br>*Stephanie Shearer vs. Monsanto Company, et al.* (06-1902 CRB)<br><br>*Joe Vega, et al. vs. Pfizer Inc, et al.* (06-2440 CRB)<br><br>*Brad Henry Taylor vs. Pfizer Inc, et al.* (06-2577 CRB)<br><br>*James Preston Taylor vs. Pfizer Inc, et al.* (06-2863 CRB)<br><br>*John H. Roberts, Jr. vs. Pfizer Inc, et al.* (06-3062 CRB)<br><br>*Patsy Lynn Stegall vs. Pfizer Inc, et al.* (06-3084 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

-1-

| | |
|---|---|
| 1 | |
| 2 | *Andrea Sanborn, et al. vs. Pfizer Inc, et al.* (06-3100 CRB) |
| 3 | *Barbara Smith, et al. vs. Pfizer Inc, et al.* (06-3102 CRB) |
| 4 | |
| 5 | *Arnold Swick vs. Pfizer Inc* (06-3304 CRB) |
| 6 | *Corrine Morrisette vs. Pfizer Inc, et al.* (06-3363 CRB) |
| 7 | |
| 8 | *Sylvia Wingard vs. Pfizer Inc, et al.* (06-3653 CRB) |
| 9 | *Susan Smith vs. Pfizer Inc, et al.* (06-3951 CRB) |
| 10 | |
| 11 | *Clarence Edward Smith vs. Pfizer Inc, et al.* (06-3957 CRB) |
| 12 | *Mary Vernick vs. Pfizer Inc, et al.* (06-4102 CRB) |
| 13 | |
| 14 | *Patricia Ann Kennedy Watson vs. Pfizer Inc, et al.* (06-4285 CRB) |
| 15 | |
| 16 | *Marvin Rogers vs. G.D. Searle LLC, et al.* (06-4514 CRB) |
| 17 | *Shirley Lindeen vs. G.D. Searle LLC, et al.* (06-4515 CRB) |
| 18 | |
| 19 | *Colleen Nagle Mehegan, et al. vs. Pfizer Inc, et al.* (06-4547 CRB) |
| 20 | |
| 21 | *Charles Snodgrass vs. Pfizer Inc, et al.* (06-4661 CRB) |
| 22 | *John Vandale vs. Pfizer Inc, et al.* (06-5257 CRB) |
| 23 | |
| 24 | *William Coulson, et al. vs. Pfizer Inc, et al.* (06-5261 CRB) |
| 25 | *Dick Shepherd vs. Pfizer Inc, et al.* (06-5417 CRB) |
| 26 | |
| 27 | *Robin Morrison, et al. vs. Pfizer Inc, et al.* (06-6900 CRB) |
| 28 | *Rosa Cebreros, et al. vs. Pfizer Inc, et al.* |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42592415.1

1. (06-7003 CRB)
2. *Marsha Fiorini, et al. vs. Pfizer Inc, et al.*
3. (06-7113 CRB)
4. *Florence Salle vs. Pfizer Inc, et al.* (06-7207 CRB)
5. *Jimmie A. Scott vs. Pfizer Inc, et al.* (06-7259 CRB)
6.
7. *William Edward Simpson vs. Pfizer Inc, et al.* (07-0972 CRB)
8. *Terry Vintson vs. Pfizer Inc, et al.* (07-0977 CRB)
9.
10. *Deanna L. Walston vs. Pfizer Inc, et al.* (07-1318 CRB)
11. *Louis Romanelli vs. Pfizer Inc, et al.* (07-2631 CRB)
12.
13. *Johnnie L. West vs. Pfizer Inc, et al.* (07-5687 CRB)
14. *Lyle McNeal (MO), et al. vs. Pfizer Inc, et al.* (07-5915 CRB)
15.
16. *Gene Summers vs. Pfizer Inc, et al.* (08-0259 CRB)
17. *Maria Avendano vs. Pfizer Inc, et al.* (08-1099 CRB)
18.
19. *Mary Woodall vs. Pfizer Inc, et al.* (08-1183 CRB)
20. *Mildred Sturdavant vs. Pfizer Inc, et al.* (08-1976 CRB)
21.
22. *Netra Thomas vs. Pfizer Inc, et al.* (08-2110 CRB)
23. *John Denton vs. Pfizer Inc, et al.* (08-2459 CRB)
24.
25. *Joanne Schwandt vs. Pfizer Inc, et al.* (08-2604 CRB)
26. *Donald Schwanke vs. Pfizer Inc, et al.* (08-3709 CRB)
27.
28. *Cheryl Samuel vs. Pfizer Inc, et al.* (09-0888 CRB)

1
2   Come now Plaintiffs in the above-entitled actions and Defendants, by and through the
3   undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
4   stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with
5   each side bearing its own attorneys' fees and costs.

6
7   DATED: 10·29, 2009    By: *Navan Ward*
8                          **BEASLEY, ALLEN, CROW, METHVIN,**
                           **PORTIS & MILES, P.C.**
9                          218 Commerce Street
                           P.O. Box 4160
10                         Montgomery, Alabama 36103
                           Telephone: 334-269-2343
11                         Facsimile: 334-954-7555

12                         *Attorneys for Plaintiffs*

13
    DATED: Oct. 29, 2009   By: _____
14

15                         **DLA PIPER LLP (US)**
                           1251 Avenue of the Americas
16                         New York, New York 10020
                           Telephone: 212-335-4500
17                         Facsimile: 212-335-4501

18                         *Defendants' Liaison Counsel*

19
20
21  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
    IT IS SO ORDERED.**
22
23  Dated: **NOV 1 3 2009**
24                           Hon. Charles R. Breyer
                             United States District Court
25
26
27
28

-4-